# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PENNY GUNKEL,<br>    Plaintiff,<br>vs.<br>PETERLIK RETAIL USA, INC.,<br>    Defendant. | Case No.  2:15-cv-00086-APG-CWH<br><br>**ORDER** |

This matter is before the Court on Plaintiff's counsel's Motion to Withdraw (doc. # 15), filed August 17, 2015.

Plaintiff's counsel requests leave to withdraw as counsel of record for Plaintiff Penny Gunkel. Pursuant to Local Rule IA 10-6(b), "[n]o attorney may withdraw after appearing in a case except by leave of court after notice has been served on the affected client and opposing counsel." All affected parties have been made aware of the motion, and there is good cause for withdrawal.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's counsel's Motion to Withdraw (doc. # 15) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff Penny Gunkel shall have until **Tuesday, September 8, 2015**, to advise the Court if she intends to proceed pro se in this action.

**IT IS FURTHER ORDERED** that withdrawing counsel shall serve a copy of this order on Plaintiff and file proof of service by **Friday, August 28, 2015**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall add the last known address of Plaintiff to the civil docket:

>Penny Gunkel
>82 Cascade Lake Street
>Las Vegas, NV 89148

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this order to Plaintiff at the last known address listed above.

DATED: August 21, 2015

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**