**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| PENNY GUNKEL,<br><br>           Plaintiff,<br><br>   v.<br><br>PETERLIK RETAIL USA, INC.,<br><br>           Defendant. | Case No. 2:15-cv-00086-APG-CWH<br><br>**ORDER ON REPORT AND RECOMMENDATION**<br><br>(Dкт. #23) |

On October 23, 2015, Magistrate Judge Hoffman entered a report and recommendation that I dismiss the complaint without prejudice because plaintiff Penny Gunkel did not comply with court orders, failed to appear at a show cause hearing, and has not been cooperative in the discovery process. (Dkt. #23.) Plaintiff Penny Gunkel did not file an objection. I nevertheless conducted a de novo review of the issues set forth in the report and recommendation. Judge Hoffman sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that Judge Hoffman's report and recommendation (**Dkt. #23) is accepted and the complaint (Dkt. #1) is DISMISSED** without prejudice.

DATED this 17th day of December, 2015.

                                                  ANDREW P. GORDON
                                                  UNITED STATES DISTRICT JUDGE